# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT M. MAKSYMOWSKI, ) <br> CINDY MAKSYMOWSKI, ) <br> RONALD MAKSYMOWSKI, and ) <br> ROBERT D. MAKSYMOWSKI, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> NAVIENT SOLUTIONS, INC. ) <br> f/k/a Sallie Mae, ) <br>  ) <br> Defendant. ) | Case No. 4:15-cv-14368-JCO-EAS |

## NOTICE OF SETTLEMENT

NOW COME Plaintiffs, ROBERT M. MAKSYMOWSKI, CINDY MAKSYMOWSKI, RONALD MAKSYMOWSKI and ROBERT D. MAKSYMOWSKI, ("Plaintiffs"), by and through the undersigned counsel, and hereby inform the court that a settlement of the present matter has been reached and the parties are in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next 60 days.

Respectfully submitted,

Dated: February 1, 2017

/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-861-1390
ahill@consumerlawcenter.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 1, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                                          /s/ Adam T Hill
                                                                          Adam T Hill